# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0422
LT Case Nos. 42-2023-CJ-460-A
42-2023-CJ-763-A

_____

M.C.J., A CHILD,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender, and Celeste Snyder, Assistant Public Defender, Ocala, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

March 21, 2025

PER CURIAM.

    The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 21, 2024 judgment and sentence rendered in Case Nos. 42-2023-CJ-460-A and 42-2023-

CJ-763-A, in the Circuit Court in and for Marion County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, JAY, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____